UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FIRST AMERICAN TITLE INSURANCE COMPANY,

Plaintiff,

v.  Civil Action No.: 09-CV-403

WESTERN SURETY COMPANY, et al

Defendants.

## SATISFACTION OF JUDGMENT

The plaintiff, First American Title Insurance Company, by counsel, certifies that the judgment entered in its favor on June 14, 2010 and against the defendant, Western Surety Company, in the amount of $100,000, has been satisfied and paid in full, and that there are no outstanding executions with any sheriff or marshall.

WHEREFORE, full and complete satisfaction of the judgment is hereby acknowledged, and the Clerk of this Court is hereby authorized and directed to make an entry reflecting the full and complete satisfaction on the docket of the judgment and releasing it of record.

Dated: _Sept. 11, 2012_

                         FIRST AMERICAN TITLE INSURANCE COMPANY

                         By: _/s/ David H. Cox_
                            David H. Cox, Esquire
                            JACKSON & CAMPBELL, PC
                            1120 Twentieth Street, N.W.
                            South Tower
                            Washington, DC  20036-3437
                            *Counsel for First American Title Insurance Company*

~~State~~ of _District of Columbia_ )
                            ) to wit:
~~County~~/City of _Washington_ )

     On the _11th_ day of _September_, 2012, David H. Cox, Esquire, a member of the firm of Jackson & Campbell, P.C., counsel for First American Title Insurance Company in the above-titled action, appeared before me in the aforesaid jurisdiction and, after being duly sworn and deposed, executed this Satisfaction of Judgment and affirmed the same.

     Subscribed and sworn to before me this _11th_ day of _September_, 2012.

                                                   _/s/ Jessica Kloman_
                                                 Notary Public

JESSICA KLOMAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2015

_1120 20th St NW, Washington, DC 20036_ Address and Telephone number _(202) 457-6701_

My commission expires: _____

                        *   *   *   *   *